UNITED STATES DISTRICT COURT
Western PA Pittsburgh

SHANE ALBERT EVERETTS

— V —                                          Case 2:21-CV-1209

Pennsylvania STATE POLICE        ☒ Official Capacity

Sgt John Doe "Waltmire"

John Doe    Oshlick

John Doe    Emery

John Doe    Mgrady

Inmate

| MISCONDUCT CATEGORY | | | | **Butler County Prison** | | |
|---|---|---|---|---|---|---|
| MAJOR ☑ | MINOR ☐ | INFORMAL RESOLUTION ☐ | | | Cell Assignment | D27 |
| Inmate Number | 029813 | Inmate Name | EVERETTS, SHANE ALBERT | | | |

| Incident Date Time | 08/25/2021 00:00 | Date of Report | 08/29/2021 00:00 |
|---|---|---|---|
| Location Type | D-POD | Location Description | D POD |

## Offenses

| Offense Type | Offense Code | Description |
|---|---|---|
| MAJOR | 27-1.A | REFUSING AN ORDER: UP TO 60 DAYS LOCKDOWN |
| MAJOR | 41-8.G | VIOLATION OF ANY RULE OR REGULATION NOT CONTAINED IN IN THE INMATE HANDBOO |
| T.B.D. | 27-1.I | ANY CONDUCT THAT DISRUPTS THE NORMAL ROUTINE: UP TO 60 DAYS LOCKDOWN |

*[Handwritten across offenses: "The Grievances I filed were about this Issue,"]*

### STAFF MEMBER'S VERSION

On 08-23-2021 at or around 1610 I spoke with you about submitting grievances about a matter that was already investigated and finished. I ordered you to stop submitting said grievances. On 08-25-2021 and 08-26-2021 you did submit 3 grievances again about the same issue that was already investigated. You willfully refused an direct order.

*[Handwritten: "These Grievances were not investigated yet. I attempted to serve Sgt Waltmire Waiver of Summons he told me to go F myself, have my Lawyer do this he aint signing shit" and to "Pack it up" 4:50 AUG 29"]*

### IMMEDIATE ACTION TAKEN AND REASON

MOVED TO THE RHU ON DISCIPLINARY L/D

PRE-HEARING CONFINEMENT
YES ☑   NO ☐   IF YES

PreHearing Dt/Tm   08/29/2021 16:50

_____   08-29-21
Employee Signature           Date

Person Serving Notice

DATE AND TIME INMATE GIVEN COPY _____

_____ 8-29-21        _____ 8-29-21
Employee Signature  Date     Supervisor Signature  Date

194 SMITH   Smith              Smith
            08/29/2021 16:41              Page: 1

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Western District of PA
Pittsburgh Division

Plaintiff(s): SHANE EVERETTS

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): Waltmire, Mgrady, Emery, Oshlick, PA State Police

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:21-cv-1209
(to be filled in by the Clerk's Office)

15BE/KCB #4

RECEIVED
SEP 10 2021
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Shane Everetts
All other names by which you have been known:
ID Number:
Current Institution: Butler County Prison
Address: Butler, PA 16001
        City    State    Zip Code

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Sgt Waltmire
Job or Title (if known):
Shield Number:
Employer: Butler Jail
Address: 202 S Washington, Butler, PA 16001
        City    State    Zip Code
[X] Individual capacity  [X] Official capacity

Defendant No. 2
Name: Oshlick
Job or Title (if known):
Shield Number:
Employer: Butler County Jail
Address: 202 S Washington, Butler, PA 16001
        City    State    Zip Code
[X] Individual capacity  [X] Official capacity

Defendant No. 3
Name: Emery
Job or Title (if known):
Shield Number:
Employer: Butler County Jail
Address: 202 S Washington St
Butler, pa 16048
City / State / Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 4
Name: Mgrady
Job or Title (if known):
Shield Number:
Employer: Butler County Jail
Address: 202 S Washington
Butler, pA 16001
City / State / Zip Code

[ ] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment Denied 1min Booking Call to notify family
8th Amendment - Intentional Denial of Medical Deliberate Indifference
14th Amendment - Deprived of Basic nescessities

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance? not Strip Searched 2020 Denied Medical at time of Booking was not fed Breakfast lunch or Diner Denied 1 min Phone call, Why Sgt Waltmire Got my footprint for State Police

3. What was the result, if any?

Wrote me up for filing Grievences.
450 Aug 29 Sgt Waltmire told me to Go fuck myself & to have my lawyer Serve him the complaint and to pack it up,

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

They told me not to file any more Grievences.
I am Scared to file any more.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: They told me Do not file any more Grievences about this issue

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The put me in hole for filing Grievences about not Bein Strip Search, Denied Medical, Breakfast Lunch Diner & my 1 min Phone Call,

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* See Attatched

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Shane Everetts
   Defendant(s) Justin Baptist

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number
   2:21-cv-01047

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.  re opened up payment of filing fee or Statement of accour

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Shane Everetts
   Defendant(s) ~~Defe~~ Major Justin Baptist, et, al Defendants

2. Court *(if federal court, name the district; if state court, name the county and State)*
   USDC Western PA

3. Docket or index number
   2:21 cv 01047

4. Name of Judge assigned to your case
   Lisa Pupo Lenihan

5. Approximate date of filing lawsuit
   Aug 6 2020

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition ____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Court ordered If plaintiff re submits another motion to proceed in forma pauperis or pays $402 filing fee reopen case.

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 1

Signature of Plaintiff: [signature]
Printed Name of Plaintiff:
Prison Identification #: 029813
Prison Address: Butler County Jail
              _____ _____ 16001
              City      State     Zip Code

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                _____ _____ _____
                City      State     Zip Code
Telephone Number
E-mail Address