IV. Statement
may 2020
4.1

Plaintiffs step mother (Virgina Piser) tryed to rob Plaintiff of his $50,000 State Farm Settlement by Putting a Gps Tracker up under Glove box of his 1988 Honda CRX 3 Hacking Plaintiffs facebook. She Stole the Full 3 Final Release and Forged Plaintiffs name in Release and never told him. She knew Plaintiff was on Parole for 2nd Dui 3-27 and knew 3rd Dui Manclatory 1 year. She then called State Police 3 said that a Blue Honda came flying around turn and Ran A lady 3 A 5 year old into A Ditch. Plaintiff was fishing at river and let his uncle Skip take the Crx to Logans Gun Gallery to Get Bait. Plaintiffs mother called him and told him Cops were Just at his cousin matts looking for the Blue Crx 3 and Also in Bruin. Plaintiff called Skip 3 told him. Skip said the car was making a noise so he Jacked it up on cemetary RD Someone had flaired the inside of Wheel Well out so tire would go flat he fixed it. he then smashed phone because he knew it had to be hacked. Then he went threw the car looking for a Bug the State Police had no Bussiness looking for the Crx. He Then found the Gps Tracking Device Wired up under the Glove Box. Cut that off threw it out Window. This Device was purchased on amazon. The State Police Pulled up behind him on the Dirt Road. Skip outran the Troop D of the Pennyslvania State Police. He Abandon the 88 Honda CRX at the River in Cherry Vally 3 Picked the Plaintiff up in a Canue.

Statement

1. 2 _____ 2020

Approx. 2 weeks later Plaintiff Cashed $50,000 Settlement 3 Bought a 2008 Civic SI. On _____ the car Broke down plaintiff was trying to fix it all day long in the hot Sun. Plaintiff was in middle of nowere with no cell phone reception. Plaintiff was trying to Jumpstart with 2 car baterys. Plaintiff cut his hand bad and one of the Cheap car Baterys was leaking and Spilled onto his hands. Plaintiff hand was leaking Blood 3 Burning from Spilled car batery Acid. Plaintiff was also Dehydrated and had enough. Plaintiff Started walken to boyars PA to get help.

Approx 9pm ✗ The Pennsylvania State Police Stopped. Plaintiff gave State Police a False name because of the Incident 2 weeks crx prior he figured he had a Warrent turns out he did not but he was arrested for False ID 3 Disorderly Conduct. The Trooper told plaintiff he did not know if he was taking him to Jail and that they were goin to Stop at the State Police Berricks.

Approx 10pm on ✗ _____ 2020 Plaintiff Arrived at State Police Berricks cuffed to "Bad Bench". One of the Troopers said do you know who I am Plaintiff Said no he goes "Im the one you outran in the Little Blue honda 2 weeks ago that was some good driving bud" I told him I do not know what he was talken about and I wasnt the Driver. "I asked him for a water he said have 2. The cop that Arrested me was sitn at his desk recordn me on radio with red light. There was another Trooper Heavy Set at the Berricks I remember Seeing he was leaving the Butler County Jail as me 3 the Arrestin officer were entering the Jail central Booking that night.

EV.B1 Statement
11pmX _____ 2020

As Plaintiff was entering Central Booking one of the Troopers from Berricks hr prior was leaving the jail. Plaintiff was Injured was Bleeding from Deep cut on hand 3 Rash/Burning on Both hands from Car Batery Acid. Waltmire Said you had contraband last time you were booked

Plaintiff was sitting on "Bad Bench" in central Booking, When Defendants Waltmire and Oshlick came over with Some papers. Waltmire asked me to Sign the Papers So he could Strip Search me. I looked at paper it said Pre trial Supervison 3 the other paper was in a langue I could not read. he told me he would read the papers to me. Defendant Oshlick was standing beside him with tears in his eyes as Defendant Waltmire was trim to force Plaintiff Sign these papers.

Plaintiff told Defendant Waltmire he was Badly Injured was Bleeding 3 Spilled Batery Acid on his hands 3 that he needed to see nurse. Defendant Waltmire told him if he did not Sign his papers he could not See the nurse and he had to go into the padded Cell in Booking.

Plaintiff was put into Bmu Cell in Booking with out bein Strip Searched. There is a Camera in Corner of this cell. Plaintiff noticed Baggies of contraband in the Drain and began banging on the Door for Gaurds 3 refused to Go near the Drain. Plaintiff then heard a flush 3 the Contraband dissappeared.

A few hrs went by there was Blood all over cell from Plaintiffs Bleeding hand. Plaintiff also noticed some type of oily Substance in cell 3 It had gotten onto bottom of his feet. Plaintiff thought it was some type of Drug possibly because of the contraband he pointed out that was in the Drain a few hrs earlyero he then yelled for the Gaurds complaining about the oily Substance. The gaurds had Plaintiff Step out of the cell onto 2 pieces of wax paper. Then forced the Plaintiff back into cell. Plaintiff was not fed Breakfast, lunch, or Diner, Stipsearched, or Given 1 min Free Booking call to contact family to notify Plaintiff has been Arrested

Claims

1. Intentional denial of needed Medical care. Sgt Waltmire & Oshlick were deliberatly Indifferent to my Serious medical need at time of Booking.

2. Sgt Waltmire Denied Plaintiff 1 min Free Booking Call to notify family of arrest.

3. Booking officers Emery & Mgrady Did not give Plaintiff any water or Breakfast, Lunch, Diner.

4. Defendants put some kind of oil on cell floor & got Plaintiffs footprint for Pennsylvania State Police.

5. Defendants planted Baggies of contraband in the cell Drain they put the plaintiff in with out Strip search.

6. Sgt Waltmire tryed Forcing the Plaintiff to Sign papers unrelated to Strip Search or Medical.

2.2 Facts of Claims

Plaintiff entered Jail at 11pm _____ 2020.

Plaintiffs mother recieved a notification on mobile Patrol that I was arrested at 1pm _____ 2020

Plaintiffs mother Bonded him out a 6pm _____ 2020.

Plaintiff was Booked at 11pm _____ 2020 but according to records I was Booked a 1pm and Bonded out at 6pm

Plaintiff was in Cell in Central Booking for 20hrs +

Booking Officers never contacted Adult Probation.

The Cameras in Central Booking will prove these facts are true.

Plaintiff Sumitted 3 Grievences about this issue. Plaintiff attempted to Serve Sgt Waltmire a Request to Waive Service of Summons on Aug 29 4:50 pm When he was doin a round. Sgt Waltmire said "Fuck you I'm not Signing nothing" have your fucking lawyer do it" "he said pack it up your goin to the hole" I was then put in RHU Hole for Sumiting Grievences. These Grievences were never Investigated

) Facts of Claims

Plaintiffs had a Deep cut on Left hand and had Spilled Batery Acid onto his hands causing rash. Plaintiff was active Bleeding at time of Booking.

One of the State Troopers that Plaintiff seen at State Police Berricks earlyer that night was leaving the Jail as Plaintiff was entering Jail around 11pm x_____.

OShlick was cryn as Sgt Waltmire tryed forcing Plaintiff to Sign Papers completely Unrelated to a Strip Search or Medical.

Plaintiff was Denied Medical Care at time of Booking, Also Denied 1min Booking call and never Strip Searched. Plaintiff Did not recieve Breakfast, Lunch or Diner. Booking officers skipped cell

There was Baggies of Contraband in Drain when Plaintiff entered cell. Plaintiff pointd this out then heard the Drain Flush.

There is a camera in Right hand Corner of this cell.

There was Something Oily on floor 3 on Plaintiffs feet Defendants had Plaintiff step onto Wax Paper outside of cell he was in 3 got footprint.

## V. Injuries

PTSD when Signing Papers Mental health Active Bleeding Deep Cut on left hand, car batery acid Spilled on hands Rash/Burning. Lay person could tell It needed imediate medical attention. Denied Medical at time of Booking by Sgt Waltmire and Oshlick.

## VI Relief

$75,000 for pain and Suffering, unsanitary housing, being Deprived of Life. Failure to Protect or what is Deemed Proper by the Court. I also would like Criminal Charges filed against the State Police 3 Booking officers Involved in this Misconduct